1  R. Parker White, (SBN. 95579)
   **POSWALL, WHITE  & CUTLER**
2  1001 G Street, Suite 301
   Sacramento, California 95814
3  Telephone:  (916) 449-1300

4  Attorneys for Plaintiff

                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF CALIFORNIA

| DONALD R. FORD, | CASE NO.  2:09-CV-03373-WBS-GGH |
|---|---|
| Plaintiff, | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE, PURSUANT TO FED.R.CIV.P. 41(a) AND [~~PROPOSED~~] ORDER** |
| v. | |
| CALIFORNIA PHYSICIANS' SERVICE dba BLUE SHIELD OF CALIFORNIA, a California corporation, and DOES 1 through 20 inclusive, | |
| Defendants. | |

Plaintiff, DONALD R. FORD, and defendant, BLUE SHIELD OF CALIFORNIA LIFE AND HEALTH INSURANCE COMPANY, have reached a resolution of this matter. The parties agree to dismiss this action in its entirety without prejudice, pursuant to Fed.R.Civ.P. 41(a).  Each party to bear their own fees and costs.

///
///
///
///
///
///

STIPULATION OF DISMISSAL WITH PREJUDICE, PURSUANT TO FED.R.CIV.P. 41(a) AND [PROPOSED] ORDER

The parties seek the Court's approval of dismissal of this action without prejudice through the order listed *infra*.

Dated: January 12, 2010   **POSWALL, WHITE & CUTLER**

By /s/ R. PARKER WHITE
R. PARKER WHITE
Attorneys for Plaintiff
DONALD R. FORD

Dated: January 13, 2010   **MANATT, PHELPS & PHILLIPS, LLP**

By /s/ VIRAL MEHTA
VIRAL MEHTA
Attorneys for Defendant
BLUE SHIELD OF CALIFORNIA
LIFE AND HEALTH INSURANCE
COMPANY

### ORDER

**IT IS SO ORDERED.**

Dated: January 14, 2010

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE